IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10 – CV – 00948 – PAB – MJW

Roma Franzia, M.D.

    Plaintiff,

v.

Adam Sirkus

    Defendant.

---

**ORDER GRANTING MOTION TO VACATE SETTLEMENT CONFERENCE** (DN 14)

---

THE COURT, being fully advised, hereby GRANTS Defendant's Motion To Vacate Settlement Conference, and orders that settlement conference currently scheduled for November 3, 2010 is hereby vacated.

Done this 25th day of October, 2010.

BY THE COURT:

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO