IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 10-cv-00948-PAB-MJW

ROMA FRANZIA, M.D.,

Plaintiff(s),

v.

ADAM SIRKUS,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that Plaintiff's Unopposed Motion to Vacate Magistrate Judge's Settlement Conference [Docket No. **12**] is GRANTED. The Settlement Conference set November 3, 2010 at 10:00 a.m. is vacated.

Date: October 25, 2010