IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  10-cv-00948-PAB-MJW

ROMA FRANZIA, M.D.,

Plaintiff(s),

v.

ADAM SIRKUS,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiff's Amended Unopposed Motion to Modify Scheduling Order to Extend Expert Witness Disclosure Deadline, DN 21, filed with the Court on December 1, 2010, is GRANTED.  The plaintiff's expert witness disclosures are due on January 31, 2011; defendant's expert witness disclosures are due on March 2, 2011; and, plaintiff's rebuttal expert witness disclosures are due on March 17, 2011.

FURTHER, it is ORDERED that the Plaintiff's Unopposed Motion to Modify Scheduling Order to Extend Expert Witness Disclosure Deadline, DN 18, filed with the Court on November 30, 2010, is DENIED AS MOOT.

Date:   December 3, 2010