IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10 – CV – 00948 – PAB – MJW

Roma Franzia, M.D., individually,
And S.H. , a minor, by and through her next friend and guardian,
Roma Franzia, M.D.,

    Plaintiff,

v.

Adam Sirkus,

    Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER TO ALLOW FOR EXTENSION OF TIME TO FILE EXPERT WITNESS DISCLOSURES, (DN 37)

It is hereby ORDERED that Defendant's Unopposed Motion To Modify Scheduling Order To Allow For Extension of Time To File Expert Witness Disclosures, DN 37, filed with the Court on February 22, 2011, is GRANTED. The Defendant's expert witnesses are due April 1, 2011. The Plaintiffs' rebuttal experts are due April 16, 2011.

Done this 25th day of February, 2011

                                                                        BY THE COURT:

                                                                        s/Michael J. Watanabe

                                                                        MICHAEL J. WATANABE
                                                                        District Court Judge/Magistrate