IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00948-PAB-MJW

S.H., a minor, by and through her next friend and guardian,
Roma Franzia, M.D.,

    Plaintiff,

v.

ADAM SIRKUS,

    Defendant.

## ORDER

This matter is before the Court on the Court's Order Administratively Closing Case [Docket No. 54] entered on August 19, 2011. In the August 19 Order, the Court administratively closed this case and informed the parties that, in the absence of a request to reopen the case or to extend the administrative closure upon a showing of good cause, this matter would be dismissed without further notice on September 20, 2011. *See* Docket No. 54 at 2. Neither party has filed a request to reopen or to extend the administrative closure. Therefore, it is

**ORDERED** that this case is dismissed in its entirety.

DATED September 21, 2011.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge